IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CITIGROUP INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITIBANKTHANKYOUREWARDS.COM, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:14-cv-0855 (AJT/TRJ) |

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. No. 19] of the Magistrate Judge recommending that default judgment be entered in favor of Plaintiff Citigroup Inc. ("plaintiff") and against defendant domain names <citibankthankyourewards.com>, <citithankyou.com>, <citicardthankyou.com>, and <thankyoucitibank.com> (collectively, "defendant domain names"). No objections have been filed to the Report and Recommendation. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that plaintiff's Motion for Entry of Default Judgment Pursuant to Fed. R. Civ. P. 55(b)(2) [Doc. No. 14] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, entered in favor of plaintiff Citigroup Inc. and against defendant domain names <citibankthankyourewards.com>, <citithankyou.com>, <citicardthankyou.com>, and <thankyoucitibank.com>; and it is further

ORDERED that Verisign, Inc. transfer the defendant domain names <citibankthankyourewards.com>, <citithankyou.com>, <citicardthankyou.com>, and <thankyoucitibank.com> from their current registrar accounts to CSC Corporate Domains, Inc.

("CSC"); and it is further

ORDERED that CSC take all steps necessary to have the plaintiff Citigroup Inc. listed as the registrant for defendant domain names <citibankthankyourewards.com>, <citithankyou.com>, <citicardthankyou.com>, and <thankyoucitibank.com>.

The Clerk is directed to enter judgment in accordance with this Order pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record and to the registrant of defendant domain names at the following addresses:

WhoisGuardService.com
Attn: citibankthankyourewards.com
Tian Hong Shan Zhuang, Bld. 7, Office 104
Nanjing 210049

Chen Xiaojie Privacy Protection Service
Attn: thankyoucitibank.com
1200 Pudong Avenue, Office# 702
Shanghai 200135 CN

Fundacion Private Whois
Attn: citithankyou.com
Aptds. 0850-00056
Panama, Zona 1, PA

Fundacion Private Whois
Attn: citicardthankyou.com
Aptds. 0850-00056
Panama, Zona 1, PA

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 13, 2015